UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                          Case No.: 25-40076-ess

JEWELRY DESIGNER SHOWCASE, INC.                                 Chapter 11 (Subchapter V)
*d/b/a* DANNUNZIO DESIGNED,

                                  Debtor.
-------------------------------------------------------------X
JEWELRY DESIGNER SHOWCASE, INC.
*d/b/a* DANNUNZIO DESIGNED,

                                  Plaintiff,

-against-                                                       Adv Proc. No.: 25-01120-ess


STEVELINE, INC., and
STEVEN P. D'ANGELO,

                                  Defendants.
-------------------------------------------------------------X

## SECOND STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE ADVERSARY COMPLAINT AND ADJOURNING PRETRIAL <u>CONFERENCE</u>

**IT IS HEREBY STIPULATED AND AGREED** that the time for defendants Steveline, Inc. ("<u>Steveline</u>") and Steven P. D'Angelo ("<u>D'Angelo</u>", and together with Steveline, the "<u>Defendants</u>") to respond to the adversary complaint filed in this proceeding by Jewelry Designer Showcase, Inc. (the "<u>Plaintiff</u>") is extended from December 9, 2025, through and including March 10, 2026. This extension is without prejudice to any further extensions as may be agreed upon by the parties or authorized by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that the Pre-Trial Conference scheduled by the Court shall not proceed on November 25, 2025, as currently scheduled, but will rather be adjourned to a date after March 10, 2026, subject to the Court's availability.

| | |
|---|---|
| **Rosen, Tsionis & Pizzo, PLLC**<br>*Counsel to Plaintiff* | **Phillips Lytle LLP**<br>*Attorneys for Defendants* |
| By:  /s/ Daniel J. LeBrun<br>      Daniel J. LeBrun, Esq.<br>      38 New Street<br>      Huntington, New York 11743<br>      (631) 423-8527<br>      dlebrun@ajrlawny.com | By:  /s/ Nickolas Karavolas<br>      Nickolas Karavolas<br>      The New York Times Building<br>      620 Eighth Avenue, 38th Floor<br>      New York, New York 10018<br>      (212) 508-0477<br>      nkaravolas@phillipslytle.com |
| Dated: November 21, 2025<br>Huntington, New York | Dated: November 21, 2025<br>New York, New York |

**IT IS SO ORDERED,**



Dated: Brooklyn, New York
November 25, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge